**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

Lafayette Stone #50176 ⟩ DATE 7 JUL 16 2021

6900 W. millen Dr.
Hobbs N.M. 88244

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF N.M.

⟨1983-Civil COMPLAINT⟩     Civil Action No. _____ 21cv656 KWR-SCY

Lafayette Stone #50176
Plaintiff.
                    JURY TRIAL DEMANED:
        V.

Defendants.
    et al.

1.) Govener:- Michelle Lujan Grisham

2.) STATE OF NEW MEXICO Department of Corrections
    SECRETARY OF CORRECTIONS?
    NEW MEXICO CORRECTIONS CONTRACT MONITOR:
    (Valerie ~~~~~~) NAEGELE

3.) GEO GROUP INC.
    Correction & Detention ®
    FACILITY L.C.C.F Hobbs N.M.
                              88244
    WARDEN
    DWAYNE SANTISTEVAN  L.C.C.F.
    JOE BROWN Deputy WARDEN. L.C.C.F.

PG. 1 A.

PRISONER'S CIVIL RIGHTS
COMPLAINT
A. PARTIES AND JURISDICTION

1.) LAFAYETTE STONE is a citizen of New Mexico, who
(Plaintiff)
Presently resides at L.CCF 6900 W. Millen Dr. Hobbs N.M.

2) Defendants _____(SEE BELOW)_____ ARE Citizens of N.M.

Governor Michelle Lujan Grisham
New Mexico Department of Corrections
Secretary of Corrections
N.M. Corrections Contract Monitor, Vherie Naegele
P.O. Box 27116
SANTA FE, N.M. 87602-0116

3.) GEO, GROUP INC
CORRECTIONS & DETENTION ®
WARDEN, DWAYNE, SANTISTEVEN
DEPUTY WARDEN, JOE BROWN

L.CCF 6900 W. Millen Dr.
Hobbs N.M. 88244

PG. 1 B

3. Defendant <u>SEE ATTACHED Pg Cover Sheet for A + B is a</u> citizen of _____
   (name of second defendant)                                    (State)

whose address is _____

and who is employed as _____. At the time the claim(s)
                        (title and place of employment)

alleged in this complaint arose, was this defendant acting under color of state law?
~~Yes~~ ✓ (No.) If your answer is "Yes," briefly explain:

_____ <u>SEE ATTACHED Page</u>

<u>A. PARTIES</u> ✓

(If more space is needed to furnish the above information for additional defendants, continue on a blank
sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and
title.)

(CHECK ONE OR BOTH:)
_____ Jurisdiction is asserted pursuant to 42 U.S.C. § 1983 (for state defendants) or *Bivens v. Six
Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (for
federal defendants).
✓ Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert
jurisdiction under different or additional statutes, you may list them below.)

<u>Pursuant to The U.S.C. Amendments 1 → 28</u>

## B. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

<u>SEE ATTACHED PAGE</u>

Labeled NATURE OF THE CASE.

## C. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and
that the following facts form the basis of my allegations: (If more space is needed to explain any
allegation or to list additional supporting facts, continue on a blank sheet which you should label "D.
CAUSE OF ACTION.")

Claim I: <u>SEEKING RELIEF FROM AN ILLEGAL
SENTENCE.</u>

<u>SEE ATTACHED PAGE</u> D.

2

01/CR-2018-0056 **NATURE OF THE CASE** 01/CR-2016-00736

The Plaintiff state that on 8/28/2020 that he was Remanded back to the District Court for a NEW Trail, ON (2) TWO Counts of possesion. The Plaintiff was **Re-sentenced** in which sentence was Reduced FROM (13½ years) TO 11 years of ~~incarceration~~ incarceration at 50%. This imposed 11 year sentence, at 50% is a total of (2005) days. The Plaintiff has accrued and exceeded the time imposed in which he has served 2104 days of INCARCERATION to date. 200 plus days have been searved past the time imposed by the Court. Thus Constituting an illegal sentence aswell as a violation of the Plaintiffs Constitutional ~~~~ Rights. This Plaintiff has further been denied the Right to make Parole. As there has been No settings for any Parole hearing NOR ANY MEASURES TAKEN TO RELEASE the Plaintiff ON Parole. Parole is made Mandatory in the STATE OF NEW MEXICO. It is Evident that the Plaintiffs Constitutional Rights aswell as his Right to PAROLE ARE BEING Violated.

LAFAYETTE STONE

/S/                                    1

PAGE <2>

# A. PARTIES

Plaintiff was Remanded back before the Court and his Judgement & Sentence was Amended and Sentence Reduced. The Defendants Refused to acknowledge the Courts decision. By Refusing to appropriately adjust Plaintiff NEW SENTENCE inwhich has Now committied this to become illegal.

⌊SEE ATTACHMENT of Pg. 1A. Inclusion of Defendants NAMES Titles and address.

PAGE-2-A

Supporting Facts:  (Include all facts you consider important, including names of persons involved, places, and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.)

**Claim II:** _____

_____

_____

Supporting Facts:   SEE PAGE, Labeled NATURE OF THE CASE
FOR supporting FActs.

SEE: ATTCHED PAGE [JUDGMENT-&-SENTENCE
AS FACTS AS Well AS GOOD TIME FIGURING
SHEET
⟨10-YEARS-FOR CR.- 2016-00156
⟨1-YEAR-FOR CR.- 2016-00736
FOR A TOTAI OF 11-YEARS  AT  50.90
PERCENT ~~acount~~ WICH IS A TOTAI  OF
⟨2005-DAYS⟩ WICH HAS BEEN COMPIEATED

3

## D. CAUSE OF ACTION

Claim 1: Plaintiffs Constitutional Right is be FREED FROM the Courts SENTENCE ONCE SENTENCE was Completed w/o Further DUE PROCESS.

Claim 2: ONCE The Plaintiffs SENTENCE was Completed it is the Plaintiffs Constitutional Right to make PAROLE.

Claim 3: Plaintiff Further states he has been denied ACCESS to communicate with his ATTORNEY so to ASSERT his Claim To The Courts Judge Concerning this ILLEGAL SENTECE.

PAGE ⟨3⟩

**Claim III:** RIGHT TO BE FREED FROM ILLEGAL SENTENCE

**Supporting Facts:** See (NEW-J#S) enclosed WITH (1983)

## D.  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? _____ Yes __X__ No.  If your answer is "Yes," describe each lawsuit.  (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E.   PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

a.  Parties to previous lawsuit:

Plaintiff(s): _____ N/A _____

Defendant(s): _____ N/A _____

b.  Name and location of court and docket number _____ N/A _____

c.  Disposition of lawsuit.  (For example, was the case dismissed?  Was it appealed?  Is it still pending?)
_____ N/A _____

d.  Issues raised: _____ N/A _____

e.  Approximate date of filing lawsuit: _____ N/A _____

f.  Approximate date of disposition: _____ N/A _____

2.  I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D. __X__ Yes _____ No.

If your answer is "Yes," briefly describe how relief was sought and the results.

All Relief sought Through The Corrections Department Administration has been DENIED.

3.  I have exhausted available administrative remedies. __X__ Yes _____ No.  If your answer is "Yes," briefly explain the steps taken.  Attach proof of exhaustion.  If your answer is "No," briefly explain why administrative remedies were not exhausted.

Last attempt For Remidy was Through The STATES Contract monitor, and was Further DENied.

4

## E.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in a court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted.  Please describe each civil action or appeal.  If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS."

a.  Parties to previous lawsuit:

   Plaintiff(s): _____ *NONE* _____

   Defendant(s): _____ *NONE* _____

b.  Name and location of court and docket number _____

c.  Grounds for dismissal:  ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.

d.  Approximate date of filing lawsuit: _____ *NONE* _____

e.  Approximate date of disposition: _____ *NONE* _____

2. Are you in imminent danger of serious physical injury? _____ Yes _____ No.  If your answer is "Yes," please describe the facts in detail below without citing legal authority or argument.

## G.  REQUEST FOR RELIEF

I request the following relief: *SEE ATTACHED*
*G. REQUEST FOR RELIEF*

## G. REQUEST FOR RELIEF

The Plantiff REQUEST THE COURTS TO REVIEW his Judgement & SENTENCE inorder TO determin That The Plantiff has SERVED and fulfilled the REquirments of The SENTENCE imposed. Once the Court determins and acknowledges that Plaintiff sentence has Now become illegal, and SENTENCE OVER SERVED. Pleintiff FURTHER REQUEST that the COURT ORDER RELEASE FROM Custody. Pleintiff also moves The Court TO GRANT and award him FINancial CompensaTion for the 200+ days past his SENTENCE in the Amount ($300,000.00) Three hundred thousand dollers or in the amount of ($1,500.00) FiffHteen hundred dollers a day REquired by law for WRangfui imprisionment or an amount deemed appropRiate by the Court.

Pleintiff prays that This 'REQUEST FOR RElief' be acknowledged and Granted.


LAFAYETTE STONE

/S/

PAGE <5>

Prisoner's Original Signature                    Original signature of attorney (if any)

_Plaintiff PRO-SE_

_GEO LCCF 6900 W. Miller Dr_

_Hobbs N.M. 88244_
Attorney's full address and telephone

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _L.C.C.F Hobbs N.M._ _6900 W. Miller_ on _7-6-21_
               (location)                                    (date)

_____
Prisoner's Original Signature

OFFICIAL SEAL
Sharon Billington
NOTARY PUBLIC - STATE OF NEW MEXICO
My Commission Expires: _4-29-2024_

_S. Billington    7-6-2021_

6

**FILED**
**2ND JUDICIAL DISTRICT COURT**
**Bernalillo County**
**9/21/2020 4:39 PM**
**CLERK OF THE COURT**
**Charlotte Gallegos**

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

**STATE OF NEW MEXICO,**                    CR#: D-202-CR-2016-00156; CR 2016-00736
           Plaintiff,                    DA#: 2016-00047-1; 2014-06362-1
    vs.

**LAFAYETTE STONE,**

         Defendant.
DOB: ▮▮▮▮
SSN: XXX-XX-8976

☐ **CONDITIONAL DISCHARGE**
☐ **ORDER DEFERRING SENTENCE**
☒ **JUDGMENT, SENTENCE AND  -**
    ☐ **FULLY SUSPENDED SENTENCE**
    ☒ **PARTIALLY SUSPENDED SENTENCE**
    ☐ **COMMITMENT TO THE METROPOLITAN DETENTION CENTER**
    ☐ **COMMITMENT TO THE N.M. DEPARTMENT OF CORRECTIONS**

THIS MATTER having come before the Honorable DANIEL GALLEGOS, District Court Judge, on August 28, 2020, for sentencing, the State appearing and being represented by Matthew Hasler, Defendant appearing in person and represented by counsel of record, Sarah Pepin, and Defendant having been convicted on October 26, 2016 in CR-2016-00156 and on December 7, 2016 in CR-2016-00736, of the following crimes pursuant to:

☐ **Guilty Plea(s)**
☐ **Guilty Plea Pursuant to North Carolina v. Alford**
☐ **No Contest Plea(s)**
☒ **Verdict(s)**
☐ **Provisional Plea of Guilty subject to a Conditional Discharge**

Defendant is hereby sentenced to the custody of the:

☐ **Bernalillo County Metropolitan Detention Center**
☒ **New Mexico Department of Corrections**

for the following term(s) of imprisonment:

| Case Number D-202-CR-2016-00156 | Statute Number | Class PM/M/F4/ F3/F2/F1 | State Tracking Number | Date Of Offense | Serious Violent Offense Y/N* | Charging Document (Circle One) | |
|---|---|---|---|---|---|---|---|
| **Count Number** 1 | 30-16-04(C) | F2 | 0194 | 1/1/2016 | N | **Indictment** | |
| **Offense Name** **AGGRAVATED BURGLARY** (Commits Battery) | ☐ Conditional Discharge –STOP ☐ Deferred Sentence – STOP ☒ Sentence – Enter Sentence Data Below | | | Concurrent to Counts | Consecutive to Counts | Enhancement Code (Circle) HO | Parole Y |
| | Years | Months | Days | | | | |
| | 9 | | | | 3 ~~2~~ of CR-16-156; 2 of CR-16-736 | Years 1 | Years 2 |

| Case Number D-202-CR-2016-00156 | Statute Number | Class PM/M/F4/ F3/F2/F1 | State Tracking Number | Date Of Offense | Serious Violent Offense Y/N* | Charging Document (Circle One) | |
|---|---|---|---|---|---|---|---|
| **Count** 3 | 30-16(D)-1(A)(1) | F4 | 5140 | 1/1/2016 | N | Indictment | |
| **Offense Name** UNLAWFUL TAKING OF A MOTOR VEHICLE | ☐ Conditional Discharge –STOP ☐ Deferred Sentence – STOP ☒ Sentence – Enter Sentence Data Below | | | Concurrent to Counts | Consecutive to Counts | Enhancement Code (Circle) HO | Parole Y |
| | Years | Months | Days | | | | |
| | | 18 | | | 1 of CR-16-156; 2 of CR-16-736 | Years | Years 1 |

| Case Number D-202-CR-2016-00736 | Statute Number | Class PM/M/F4/ F3/F2/F1 | State Tracking Number | Date Of Offense | Serious Violent Offense Y/N* | Charging Document (Circle One) | |
|---|---|---|---|---|---|---|---|
| **Count Number** 2 | 30-16D-4 | 4TH | 4616 | 10/9/2014 | N | **Indictment** | |
| **Offense Name** SHOPLIFTIN (OVER $500 but less than $2500) | ☐ Conditional Discharge – STOP ☒ Deferred Sentence – STOP ☒ Sentence – Enter Sentence Data Below | | | Concurrent to Counts | Consecutive to Counts | Enhancement Code (Circle) HO 1 | Parole (Circle) Y |
| | Years | Months | Days | | | | |
| | | 18 | | | 1 and 3 of CR-16-156 | Years 1 | Years 1 |

**Enhancements:  F = Firearm,  O= Old Age,  H = Handicap,  HO = Habitual Offender**
**\* Applies to crimes committed after July 1, 1999.  See below for any special enumerations required for this status.**

**SENTENCE SPECIFICS:**

☐ **Enumeration of Discretionary Special Violent Offender or Aggravation Findings for Count(s) _____.**

_____

_____

_____

☒ **Total Sentence** of __14___ years,____ months,_____ days.

☐ **Consecutive** to the sentence imposed in Case Number

☐ **Concurrent** to the sentence imposed in Case Number

☒ **Actual Term of Incarceration.**   Defendant is to be incarcerated for

____11___ years, ____ months, _____ days  in

    ☒ New Mexico Corrections Department

    ☐ Metropolitan Detention Center

        ☐ MDC Good Time  ☐ Authorized  ☐ Not authorized

        ☐ Community Custody Program (CCP) ☐ Authorized ☐ Ordered

**SENTENCE FORM**

☒ **Suspended Sentence** __3___ years,____ months,_____ days of the total sentence is suspended.

☐ **Deferred Sentence**  Sentence is deferred for _____ years, _____ months _____ days, upon the successful completion of the entire supervised probation.

☐ **Conditional Discharge.** Without adjudication of guilt, further proceedings are deferred  for _____ years, _____ months, _____ days pursuant to:

    ☐ NMSA §31-20-13

    ☐ NMSA §30-31-28 (Controlled Substances Act; only for violations of §30-31-23)

**PAROLE**

☒ Defendant, if imprisoned at any time in the New Mexico Corrections Department, shall be placed on **parole**, as required by law, after release and be required to pay parole costs. (1 year for 4th degree felonies; 2 years for all other felonies)

**PROBATION**

☒ **Probation**.  Probation term of __3___ years, _____ months _____ days.

    ☐ Supervised

    ☐ Unsupervised

☐ **No Probation.**

**SENTENCE SPECIFICS:**
☐ **Enumeration of Discretionary Special Violent Offender or Aggravation Findings for Count(s) _____.**

_____

_____

_____

☒ **Total Sentence** of __14__ years,___ months,____ days.
☐ **Consecutive** to the sentence imposed in Case Number
☐ **Concurrent** to the sentence imposed in Case Number

☒ **Actual Term of Incarceration.**  Defendant is to be incarcerated for
  __11__ years, ___ months, _____ days in
  ☒ New Mexico Corrections Department
  ☐ Metropolitan Detention Center
      ☐ MDC Good Time   ☐ Authorized   ☐ Not authorized
      ☐ Community Custody Program (CCP)  ☐ Authorized  ☐ Ordered

**SENTENCE FORM**
☒ **Suspended Sentence** __3__ years,___ months,____ days of the total sentence is suspended.

☐ **Deferred Sentence**  Sentence is deferred for _____ years, _____ months _____ days, upon the successful completion of the entire supervised probation.

☐ **Conditional Discharge.** Without adjudication of guilt, further proceedings are deferred  for _____ years, _____ months, _____ days pursuant to:
      ☐ NMSA §31-20-13
      ☐ NMSA §30-31-28 (Controlled Substances Act; only for violations of §30-31-23)

**PAROLE**
☒ Defendant, if imprisoned at any time in the New Mexico Corrections Department, shall be placed on **parole**, as required by law, after release and be required to pay parole costs. (1 year for 4th degree felonies; 2 years for all other felonies)

**PROBATION**
☒ **Probation.**  Probation term of __3__ years, _____ months _____ days.
      ☐ Supervised
      ☐ Unsupervised
☐ **No Probation.**

## PROBATION CONDITIONS:

<u>In addition to all standard conditions of probation</u>
☒ **Defendant Shall Obtain and Maintain Full-time Employment** (30 hours/week or more), or full-time education, or a combination of employment and education.

☒ **Defendant Shall Enter, Attend, and Successfully Complete Counseling/Treatment Program(s)** as required by the plea and disposition agreement and/or as recommended by probation authorities.  These may include but are not limited to
☒ Alcohol/Substance Abuse Treatment
☐ Anger/Conflict Management
☐ Domestic Violence Counseling
☐ Victim Impact Program
☐ DWI First Offenders Program through the
**METROPOLITAN COURT**

☒ **Defendant Shall Not Have or Use Any**
☒ **Illegal Drugs Nor** ☒**Alcoholic Beverages**
nor enter or remain in any tavern, bar, or lounge.
☒    **Random Urinalysis**

☐ **Defendant Shall Perform Community Service** in a program/facility approved by probation authority. The following are mandatory; _____
_____1st DWI 24 hours;
_____2nd DWI 48 hours;
_____3rd DWI 96 hours

☐ **Defendant Shall Not Drive Without a Valid New Mexico Driver's License and Insurance.**

☐  **Alcohol Screening Is Ordered 66-8-102E & K**

☐  **Defendant Shall Install an Interlock Device In Every Vehicle To Which Defendant Has Access**

☒ **Defendant Shall Pay Restitution**
☐  in the amount of $_____
**OR**
☒ as determined by probation authorities

☐ **Defendant Shall Not Have Contact or Association with Any Street Gangs or their members**.

☐  **Defendant Shall Not Have Contact or Association with Co-Defendants**_____
_____
_____

☒ **Defendant Shall Not Have Contact with Victim(s) or Family(ies) of Victim(s)**.  Defendant shall not contact in person, by phone, or through anyone other than Defendant's probation officer or attorney any of the following persons or their families: Eric Schwartz, Valarie Valdez, Christine Martinez _____
_____
_____

☐  **Defendant Shall Not Go to or Within** _____
_____
of above named persons or their families residences or work places.

☐ **Defendant Shall Not Go to or Remain in Any of the Following Areas** or neighborhoods except when physically accompanied by a police or probation officer:_____
_____
_____

☐  **Defendant Shall Register as a Sex Offender** pursuant to section NMSA 1978 §29-11A-1, *et seq*., as amended.
☐ **Crime stopper Donation** of $ _____.
☒ **Defendant Shall Not Possess Weapons**
☐ **STEPS** Program

Special Conditions of probation as Follows:_____
_____
_____
_____
_____

**PROBATION COSTS:**
☒ Probation Costs shall be waived.
☐ Probation Costs shall be determined by the probation office based on ability to pay.
☐ Defendant shall pay $ _____ per month.
☐ Probation costs shall be waived for any month that Defendant is paying for:
    ☐ Treatment
    ☐ Restitution
    ☐ Counseling
    ☐ Other

**FEES & FINES**
Defendant must pay the following:

☐ Controlled Substance Fee $75. §31-12-8
☒ DNA Fee of $100 and provide DNA sample as directed.§29-16-11 & §29-3-10
☒ Domestic Violence Fund Fee of $5.00. §31-12-11A
☒ Crime Victim Reparation Fee §31-12-13
    ☒ Felony - $75          ☐ Misdemeanor - $50

DWI Offenses:
    ☐ Chemical/Other Testing Fee of $85.§31-12-7A
    ☐ Comprehensive Community Corrections Fee of $75.§31-12-7B
    ☐ Subsequent Offense Mandatory Fine §66-8-102F
        ☐ 2nd Offense:$500    ☐ 3rd Offense:$750

☐ _____

**PRE-SENTENCE CONFINEMENT CREDIT**
Pre-sentence confinement credit in the amount of **1802** days is awarded as of this date, and post-sentence confinement credit until transported to the Corrections is also awarded if Defendant is imprisoned at any time pursuant to the above conviction(s). The Defendant shall not receive pre-sentence confinement credit towards any period of probation.

**DISMISSAL OF REMAINING CHARGES**
☐ .

District Judge: ~~DAVID~~ GALLEGOS    Daniel
Division: XV

/s/Sarah Pepin                         /s/Matthew Hasler
Sarah Pepin                             Matthew Hasler
505 Marquette Ave #120           520 Lomas Blvd. NW
Albuquerque, NM 87102           Albuquerque, NM 87102
                                 (505) 222-1099

# NEW MEXICO CORRECTIONS DEPARTMENT

## GOOD TIME FIGURING SHEET

NAME:   **Stone, LaFayette**                              NMCD   50176        DOB

ALIAS:

CRIME:   **Shoplifting (Over $2500); Habitual Offender**

Sentence:   **1 Year**                     **(18m+1yr(HO)(CS)w/18m Suspended)**

COUNTY:      Bernalillo               DISTRICT         2nd        CAUSE NO:  **D-202-CR-201600736**

DATE OF RECEIPT:   2017-03-08      PRE-SENT CREDIT:       N/A        COMMENTS:   **CS to D-202-CR-201600156**

SENTENCE BEGAN:                PROBATION CREDIT:      N/A

SENTENCE:             1-00-00      PAROLE TERM:         1yr        Supervised Probation: 3yrs

FULL TIME:                 CRIME COMMITTED:  10/09/2014

DATE OF CONVICTION:   12/07/2016

| EMD: 30 (Elig:                    )  **DISCHARGE DATE** | Credits Forfeited | Credits Restored | Additional Credits | Discharge Date | Parole Status |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Form TR-A1-6/09/92                    *GOOD TIME FIGURING SHEET*                        *J.Santillanes*

# NEW MEXICO CORRECTIONS DEPARTMENT

## <u>GOOD TIME FIGURING SHEET</u>

NAME:  **Stone, LaFayette**                                    NMCD   50176        DOB ▬▬▬▬

ALIAS: _____

CRIME: Aggravated Burglary; Unlawful Taking of a Motor Vehicle; Habitual Offender

Sentence:  **10 Years**                         (9yrs+1yr(HO)(CS)+18m(CS)w/18m Suspended)

COUNTY:     Bernalillo            DISTRICT  2nd          CAUSE NO:  **D-202-CR-201600156**

DATE OF RECEIPT:  2017-03-08    PRE-SENT CREDIT:   04-11-12    COMMENTS:  **CS Is D-202-CR-201600736**

SENTENCE BEGAN:  2020-08-29    PROBATION CREDIT: _____

SENTENCE:        10-00-00       PAROLE TERM:       2yrs        Supervised Probation: 3yrs

FULL TIME:       2030-08-28     CRIME COMMITTED: 01/01/2016

DATE OF CONVICTION:  10/26/2016

| EMD: 30 (Elig: 08/28/2020) | Credits Forfeited | Credits Restored | Additional Credits | Discharge Date | Parole Status |
|---|---|---|---|---|---|
| **DISCHARGE DATE** | | | | **2025-09-16** | |
| 2022-1-15 GWD (Aug 2, Sept-30) JX | | | 0-1-2 | 2025-8-14 | |
| 2021-1-23 GWD (Oct 2 - Nov 3) Jun 4's 2u | | | 8-3-0 | 2025-5-14 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Form TR-A1-6/09/92                          *GOOD TIME FIGURING SHEET*                          *J.Santillanes*

# NEW MEXICO CORRECTIONS DEPARTMENT

## GOOD TIME FIGURING SHEET

NAME: **Stone, LaFayette**                                NMCD    50176        DOB ▪▪▪▪▪

ALIAS:

CRIME: **Aggravated Battery (Deadly Weapon) (SVO); Shoplifting (Over $500 less than $2500); Habitual Offender**

Sentence: **12 Years and 6 months**              **(18m+18m+18m+9yrs+1yr(HO)(CS)w/2yrs Suspended)**

COUNTY:        Bernalillo              DISTRICT            2nd          CAUSE NO: **D-202-CR-201600156**

DATE OF RECEIPT:    2017-03-08     PRE-SENT CREDIT:      00-03-16     COMMENTS: **CS to D-202-CR-201600736**

SENTENCE BEGAN:    2017-01-06     PROBATION CREDIT:

SENTENCE:              12-06-00       PAROLE TERM:            2yrs      Supervised Probation: 2yrs

FULL TIME:              2029-07-05     CRIME COMMITTED:  01/01/2016

DATE OF CONVICTION:  12/07/2016

| EMD: 30 (Elig: 08/08/2017) | Credits Forfeited | Credits Restored | Additional Credits | Discharge Date | Parole Status |
|---|---|---|---|---|---|
| **DISCHARGE DATE** | | | | 2029-03-19 | |
| 170519 Omwed @ Ecep | | | | 2029-03-19 | |
| 170519 SMD Mar 23 (m33May(3)n | | | 0-2-12 | 2029-01-07 | |
| 171111 SMD Nov11 Nov31/3)n | | | 01-11 | 2028-11-20 | |
| 171110 SMD Nov20 sep30n | | | 030 | 2028-08-26 | |
| 171110 SMD Nov30n | | | 010 | 2028-07-26 | |
| 180210 Minor GC190-04-01 Blo | | | | 2028-07-26 | |
| 180419 SMD Nov30 Feb30n | | | 020 | 2028-05-26 | |
| 180419 SMD Mar30 Feb30 Mar30F | | | 030 | 2028-02-26 | |
| 180817 SMD Jan30 331F | | | 010 | 2028-01-26 | |
| 180815 SMD May30n | | | 010 | 2027-12-26 | |
| 180918 Minor GC196-3131 A18 | | | | 2027-12-26 | |
| 180918 SMD Jun30n | | | 010 | 2027-11-20 | |
| 180820 SMD Jan30 n | | | 0310 | 2027-11-08 | |
| 181211 SMD Nov30 lk | | | 010 | 2027-10-08 | |
| 181210 SMD Sep30 lk | | | 010 | 2027-09-08 | |
| 181211 SMD Dec30 Nov30 lk | | | 020 | 2027-07-08 | |
| 201028 Minor GC#18-150 Blo 4/5/18 | | | | 2027-07-28 | |
| 201028 Minor GC#18-151 Po7 4/5/18 | | | | 2027-07-28 | |
| 191029 SMD Dec30 lk | | | 010 | 2027-06-08 | |
| 191029 SMD Jun30 19 | | | 010 | 2027-05-08 | |
| 191022 Minor GC190-03-20 Bo | | | | 2027-05-08 | |
| 191024 Minor GC190-04-55 B5 | | | 010 | 2027-04-08 | |
| 191024 Minor GC190-04-03 Blo | | | | 2027-04-08 | |
| 191109 SMD Mar28 Jun30 | | | 0-2-28 | 2027-04-10 | |
| 191025 SMD Jun30 Nov30 30 | | | 0310 | 2026-10-10 | |
| 200127 SMD Dec30 Nov30 RC30h | | | 030 | 2026-07-10 | |
| 200214 SMD Jan30 n | | | 010 | 2026-09-10 | |
| 200228 Minor GC20-02-30 B5 | | | | 2026-09-10 | |

Form TR-A1-6/09/92                    *GOOD TIME FIGURING SHEET*                    J.Santillanes

NMCD#  50176          NAME:          Stone, Lafayette                    DOB

CRIME:  Aggravated Battery (DW); Shopliftng (Over $500 but less than $2500)

Sentence:   12 Years 6 Months                                          CAUSE NO:     2016-00156

CRIME COMMITTED:              1/1/2016         DATE OF RECEIPT:   2017-03-08      PAROLE TERM:   2 Years

EMD 30

| Discharge Date Brought Forward | Credits Forfeited | Credits Restored | Additional Credits | Discharge Date | Parole Status |
|---|---|---|---|---|---|
| | | | | 2026-06-10 | |
| 200317 Emd Feb 29 20 | | | | | |
| 200403 Minor GC 200331 Bup | | | 0029 | 2026-05-11 | |
| 200403 Minor GC 200332 Bup | | | | 2026-05-11 | |
| 200427 Emd Mar 8 20 | | | | 2026-05-11 | |
| 200514 Emd Am 13 20 | | | 008 | 2026-05-03 | |
| 200610 Emd Mar 18 20 | | | 0013 | 2026-04-20 | |
| 2020-7-13 Emd (Jun 29) 20 | | | 010 | 2026-3-20 | |
| 2020-7-25 Emd (Jun 15 20 | | | 0-0-29 | 2026-2-21 | |
| | | | 0-0-1 | 2026-2-20 | |

# NEW MEXICO CORRECTIONS DEPARTMENT

## GOOD TIME FIGURING SHEET

NAME: **Stone, LaFayette**          NMCD  50176    DOB ▮▮▮▮

ALIAS:

CRIME: Aggravated Battery (Deadly Weapon) (SVO); Shoplifting (Over $500 less than $2500); Habitual Offender

Sentence: **1 Year**          (3yrs+1yr(HO)(CS)+18m(CS)w/4yrs 6m Suspended)

COUNTY:     Bernalillo          DISTRICT        2nd          CAUSE NO:  **D-202-CR-201600736**

DATE OF RECEIPT:    2017-03-08     PRE-SENT CREDIT:   00-11-29     COMMENTS:   C Is D-202-CR-201600156

SENTENCE BEGAN:    2017-01-06     PROBATION CREDIT:

SENTENCE:        01-00-00     PAROLE TERM:     ✗ 2yrs     Supervised Probation: 3yrs

FULL TIME:       2018-01-05     CRIME COMMITTED:  10/09/2014

DATE OF CONVICTION:  12/07/2016

EMD: 4 (Elig: 05/08/2017)

| DISCHARGE DATE | Credits Forfeited | Credits Restored | Additional Credits | Discharge Date | Parole Status |
|---|---|---|---|---|---|
| 2017-01-06 start REI 2yrs parole |  |  |  | **2017-01-06** |  |
|  |  |  |  | 2019-01-06 |  |
| 2017-05-19 ARRIVED @ GCCF |  |  |  | 2019-01-06 |  |
| 17-05-19 EMD May 19 |  |  |  | 2019-01-04 |  |
| 171710 EMD Mar 18 (MINOR) |  |  | 05D2 | 2018-12-29 |  |
| 171710 EMD Jul 18 (MINOR Sep 18) |  |  | 05D5 | 2018-12-27 |  |
| 171710 EMD Oct 18 |  |  | 05D14 | 2018-12-17 |  |
| 1802-20 minor GC Forfeit 05Bl4 |  |  | 00D4 | 2018-12-13 |  |
| 180219 EMD Jun Dec 19 |  |  |  | 2018-12-13 |  |
| 180419 EMD June Plat Max 18 |  |  | 05D8 | 2018-12-05 |  |
| 180519 EMD Aug 18 |  |  | 0D12 | 2018-11-23 |  |
| 180615 EMD May 18 |  |  | 05D4 | 2018-11-19 |  |
| 180618 minor GC# 05-131 A18 |  |  | 00D4 | 2018-11-15 |  |
| 180618 EMD Jun 18 |  |  |  | 2018-11-15 |  |
| 180818 EMD Oct Jul 18 |  |  | 00D4 | 2018-11-11 |  |
| 180919 EMD June Aug 18 |  |  | 05D4 | 2018-11-05 |  |
| 181020 EMD Sep 18 |  |  | 00D4 | 2018-11-05 |  |
| 18 EMD Oct 18 |  |  | 00D4 | 2018-11-01 |  |
| #UBI Circle discharge date |  |  | 00D9 | 2018-10-27 |  |
| 181211 EMD Nov 18 |  |  |  | 2020-10-27 |  |
| 2018-12-28 MINOR GC# 18-11-50 B16 11/15/18 |  |  | 00D4 | 2020-10-23 |  |
| 2018-12-28 MINOR GC# 18-11-51 B22 11/15/18 |  |  |  | 2020-10-23 |  |
| 190212 EMD Dec 19 |  |  |  | 2020-10-23 |  |
| 190314 EMD Jan 19 |  |  | 00D4 | 2020-10-19 |  |
| 190412 minor GC# 19-03-120 B5 |  |  | 00D4 | 2020-10-15 |  |
| 190524 EMD May 19 |  |  |  | 2020-10-15 |  |
| 190521 minor GC# 19-04-35 B5 |  |  | 00D4 | 2020-10-11 |  |
| 190521 minor GC# 19-04-63 B16 |  |  |  | 2020-10-11 |  |
| 190910 EMD Aug/March Jun 19 |  |  | 00D10 | 2020-10-01 |  |
| 191025 EMD Jul/Aug/Sep 19 |  |  | 00D12 | 2020-01-19 |  |

Form TR-A1-6/09/92          *GOOD TIME FIGURING SHEET*          J.Santillanes

STONE LAFAYETTE #30196
GEO GROUP L.C.C.F.
6900 W. Millen Dr.
Hobbs, NEW MEXICO 88244

7016 1970 0000 6615 1026

CERTIFIED MAIL

UNITED STATES
DISTRICT COURT OF NEW MEXICO
333 Lomas Blvd. NW Ste. 270
ALBUQUERQUE, N.M 87102

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 16 2021

MITCHELL R. ELFERS
CLERK

Hasler
07/14/2021
US POSTAGE $006.20°
FIRST-CLASS MAIL
ZIP 88244
011E1168′450

