IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LAFAYETTE STONE,

    Plaintiff,

v.                                                                                 Case No. 2:21-cv-00656-KWR-SCY

MICHELLE LUJAN GRISHAM, *et al*,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order (**Doc. 8**) filed **April 18, 2022**, the Court issues its separate judgment finally disposing of this civil case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

                                                      **KEA W. RIGGS**
                                                      **UNITED STATES DISTRICT JUDGE**